George W. Erland, Appellant, v. House and Home Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Rich and Miller, JJ., concurred ; Woodward, J., dissented.

Connelio Gaspero, Respondent, v. Frederick S. Myers, Appellant.— Interlocutory judgment affirmed, with costs, on the authority of *Maiorca* v. *Myers* (*ante*, p. 210), decided herewith. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Gussie Golden and Nathan Golden, Respondents, v. Louis Goldman, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Cornelia C. Earnshaw and Emilie C. Reese, Respondents, for the Appointment of a Person to Execute the Trusts Left Unexecuted under the Will of Joseph W. Corlies, Sr., Deceased. Edward M. Berrien, as Trustee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

In the Matter of the Application of The Elmsford Real Estate Company for the Drainage of Certain Low, Wet and Swampy Lands in the Valley of the Saw Mill River in the Town of Greenburgh, Westchester County, New York. The New York and Putnam Railroad Company, Appellant; Thomas R. Hodge and Others, Commissioners, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Roberto Ravani, Appellant, for a Writ of Mandamus, v. George B. McClellan, as Mayor of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks Gaynor, Rich and Miller, JJ., concurred.

Edwin Lord, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed by default, with costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Thomas F. McGronen, as Administrator, etc., of Harry A. McGronen, Deceased, Appellant, v. Harry A. Greenwald and Sigmund D. Greenwald, Respondents.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Neal & Brinker Company, Appellant, v. Harry D. Wheelock, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Bella Olshan, Respondent, v. Samuel Olshan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Max Rubinson, Appellant, v. Emma L. Goetting and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

William E. T. Smith and Others, Appellants, v. John J. Bartlett, Respondent. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.